BUCKMAN, Respondent, v. INTERBOROUGH RAPID TRANSIT CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by Meta Buckman against the Interborough Rapid Transit Company and others. A. H. Cole, of New York City, for appellants. J. W. Bermant, of New York City, for respondent. No opinion.

Order reversed, with $10 costs and disbursements, and motion granted on payment of costs of action to date to be taxed. Order filed.